**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF CALIFORNIA

Case number *(if known)* _____    Chapter __**11**__

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/25

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | **SD Backyard, LLC** | |
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | **Steamy Piggy; Formoosa; Yun; Viet Nom; Oi Shiba** | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **38-4012193** | |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **4681 Convoy Street, Suite A** <br> **San Diego, CA 92111** <br> Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| | | **San Diego** <br> County | **Location of principal assets, if different from principal place of business** |
| | | | Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | **https://www.sdbrestaurantgroup.com/** |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br> ☐ Partnership (excluding LLP) <br> ☐ Other. Specify: _____ |

Debtor    **SD Backyard, LLC**
_____    Case number (*if known*) _____
         Name

**7.    Describe debtor's business**        A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.
    7225

**8.    Under which chapter of the Bankruptcy Code is the debtor filing?**    *Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check **all** that apply:*

☑ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.    Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☑ No.
☐ Yes.

| | District _____ | When _____ | Case number _____ |
|---|---|---|---|
| | District _____ | When _____ | Case number _____ |

**10.    Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☑ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | Debtor _____ | | Relationship _____ |
|---|---|---|---|
| | District _____ | When _____ | Case number, if known _____ |

Official Form 201    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**    page 2

| Debtor | **SD Backyard, LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

---

**11. Why is the case filed in this district?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____
Contact name _____
Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

☑ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

---

**15. Estimated Assets**

☐ $0 - $50,000
☑ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

---

**16. Estimated liabilities**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☑ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

---

| Debtor | SD Backyard, LLC | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

| 17. Declaration and signature of authorized representative of debtor | The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition. |
|---|---|
| | I have been authorized to file this petition on behalf of the debtor. |
| | I have examined the information in this petition and have a reasonable belief that the information is true and correct. |
| | I declare under penalty of perjury that the foregoing is true and correct. |

Executed on ___06/30/2025___
MM / DD / YYYY

X _____          Shih Hsiao Chou
Signature of authorized representative of debtor          Printed name

Title **President and CEO**

---

**18. Signature of attorney**

X _____          Date ___06/30/2025___
Signature of attorneys  for debtor          MM / DD / YYYY

_____ 6/30/25
Signature of attorneys for debtor

**Gary B. Rudolph**          **Lane C. Hilton**
**Fennemore LLP**          **Robberson Schroedter, LLP**
**600 B Street Suite 1700**          **501 West Broadway, Suite 1260**
**San Diego, CA 92101**          **San Diego, CA 92101**
Printed name

Contact phone ___619.233.4100___    Email address   **grudolph@fennemorelaw.com**

**101921 CA**
Bar number and State

# SD BACKYARD LLC
## Balance Sheet
### As of December 31, 2024

|  | Dec 31, 24 |
|---|---:|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| BOA - 0439 (Steamy Piggy-Deliv) | 57,769.42 |
| BOA - 1987 (Bok Bok Dok) | 47,688.55 |
| BOA - 2193 (Steamy Piggy) | 97,275.70 |
| BOA - 3226 (Steamy Piggy) | 524.15 |
| BOA - 4121 (Vietnom) | 91,104.92 |
| BOA - 4147 (Oi Shiba) | 85,683.21 |
| BOA - 7114 (Formoosa) | 83,575.43 |
| BOA - 7651 - FLAMA LLAMA | 68,821.84 |
| BOA - 8578 (Yun) | 95,126.45 |
| CASH ON HAND | 294,865.42** |
| **Total Checking/Savings** | 922,435.09 |
| **Total Current Assets** | 922,435.09 |
| **Fixed Assets** | |
| Accumulated Depreciation | -1,026,608.00 |
| Cargo Van | 57,125.76 |
| Mercedes | 20,150.00 |
| START-UP COSTS - FLAMA LLAMA | |
| CONSTRUCTION | 139,891.41 |
| EQUIPMENT & SUPPLIES | 34,702.74 |
| ESCROW | 87,651.90 |
| LICENCES & PERMITS | 5,740.96 |
| SOFTWARE | 3,450.36 |
| **Total START-UP COSTS - FLAMA LLAMA** | 271,437.37 |
| START-UP COSTS - OI SHIBA | 134,499.89 |
| START-UP COSTS - STEAMY PIGGY | |
| Furniture and Equipment | 2,200.00 |
| START-UP COSTS - STEAMY PIGGY - Other | 757,098.25 |
| **Total START-UP COSTS - STEAMY PIGGY** | 759,298.25 |
| START-UP COSTS - YUN | 340,005.00 |
| START UP COSTS - BOK BOK DOK | 123,213.44 |
| START UP COSTS - FORMOOSA | 250,729.95 |
| START UP COSTS - VIET NOM | |
| Escrow Fees | 9,937.63 |
| Purchase Price | 100,000.00 |
| START UP COSTS - VIET NOM - Other | 18,560.56 |
| **Total START UP COSTS - VIET NOM** | 128,498.19 |
| **Total Fixed Assets** | 1,058,349.85 |
| **TOTAL ASSETS** | **1,980,784.94** |
| **LIABILITIES & EQUITY** | |
| **Liabilities** | |
| **Current Liabilities** | |
| **Credit Cards** | |
| AMEX-81001 (Amazon) | 3,972.23 |
| BOA-1936 (Flama Llama) | 3,726.92 |
| BOA-7805 (Formoosa) | 81.24 |
| BOA - 0275 (Steamy Piggy) | -11,087.84 |
| BOA - 8309 (Yun) | 314.71 |
| BOA -0085 (Bok Bok Dok) | -3,709.14 |
| **Total Credit Cards** | -6,701.88 |

**This balance is currently being reviewed as the Debtor does not believe there is $294,865.42 in cash on hand. This balance is subject to change once the analysis is complete.

## SD BACKYARD LLC
## Balance Sheet
### As of December 31, 2024

|  | Dec 31, 24 |
|---|---|
| **Other Current Liabilities** | |
| **CalSavers** | 315.02 |
| **Payroll Payable** | -10,402.69 |
| **Payroll Tax Payable** | -10,062.96 |
| **Total Other Current Liabilities** | -20,150.63 |
| **Total Current Liabilities** | -26,852.51 |
| **Total Liabilities** | -26,852.51 |
| **Equity** | |
| **Capital Stocks** | 750,000.00 |
| **Member's Distributions** | |
| **Cash Withdrawal** | -239,071.35 |
| **CHK 1245 PERSONAL** | 265,000.00 |
| **Personal Expenses** | -10,558.96 |
| **Personal Rent** | -36,600.00 |
| **Member's Distributions - Other** | 21,230.31 |
| **Total Member's Distributions** | 0.00 |
| **Members Equity** | 724,996.89 |
| **Net Income** | 532,640.56 |
| **Total Equity** | 2,007,637.45 |
| **TOTAL LIABILITIES & EQUITY** | **1,980,784.94** |

| | 2025 Total | 25-Jan | 25-Feb | 25-Mar |
|---|---|---|---|---|
| **Ordinary Income/Expense** | | | | |
| **Income** | | | | |
| Employees Tips | 244968.2 | 86732.67 | 71477.8 | 86757.75 |
| Gross Sales | | | | |
| Online Delivery Sales | | | | |
| DoorDash | 202101.6 | 72330.31 | 57990.31 | 71780.98 |
| GrubHub | 55183.09 | 22284.36 | 15959.67 | 16939.06 |
| UberEats | 67860.46 | 25544.37 | 20369 | 21947.09 |
| Total Online Delivery | 325145.2 | 120159 | 94318.98 | 110667.1 |
| Sales at Store | | | | |
| Food Sale: | 1857728 | 649555.7 | 551535.5 | 656637.2 |
| Sales Tax | 144805.7 | 50618.15 | 42984.65 | 51202.85 |
| Service Cl | 10731.74 | 3581.71 | 3105.32 | 4044.71 |
| Total Sales at Store | 2013266 | 703755.6 | 597625.5 | 711884.8 |
| Total Gross Sales | 2338411 | 823914.6 | 691944.5 | 822551.9 |
| Total Income | 2583379 | 910647.3 | 763422.3 | 909309.7 |
| Cost of Goods Sold | | | | |
| Food Purchases | 569767.9 | 215647 | 174110.8 | 180010.1 |
| Restaurant Supplies | 41737.88 | 12286.23 | 13384.06 | 16067.59 |
| Total COGS | 611505.8 | 227933.2 | 187494.9 | 196077.7 |
| Gross Profit | 1971873 | 682714 | 575927.4 | 713232 |
| **Expense** | | | | |
| Advertising and Promotion | 8002.74 | 1255.81 | 1870.6 | 4876.33 |
| Alarm | 165 | 165 | | |
| Bank Service Charges | 146.59 | 10 | | 136.59 |
| Car & Truck Expenses | 0 | | | |
| Car Payment | 8099.45 | 4256.07 | 1921.69 | 1921.69 |
| Car & Truck Expense | 1854.95 | 1118.39 | 458.39 | 278.17 |
| Total Car & Truck Expenses | 9954.4 | 5374.46 | 2380.08 | 2199.86 |
| Cellular | 195 | 65 | 65 | 65 |
| Commission Fees | | | | |
| DoorDash | 57915.06 | 20308.69 | 16783.34 | 20823.03 |
| GRUBHUB | 14384.99 | 5875.8 | 4172.36 | 4336.83 |
| Uber Eats | 16450.61 | 6151.45 | 4768.09 | 5531.07 |
| Total Commission Fees | 88750.66 | 32335.94 | 25723.79 | 30690.93 |
| Credit Card Machine | 67116.56 | 23503.46 | 20145.37 | 23467.73 |
| Fire Extinguish | 423.87 | | 423.87 | |
| Insurance Expense | 0 | | | |
| Worker Comp | 24100.21 | 10333.17 | 6993.7 | 6773.34 |
| Insurance Expense - | 2208.48 | 736.02 | 736.23 | 736.23 |
| Total Insurance Expense | 26308.69 | 11069.19 | 7729.93 | 7509.57 |
| Internet | 1689.76 | 564.32 | 562.72 | 562.72 |
| Legal & Professional Fees | 31030.72 | 2095.02 | 3047 | 25888.7 |
| Meals & Entertainment | 4271.27 | 1509.19 | 1824.03 | 938.05 |
| Membership | 130 | 130 | | |
| Office Supplies | 276.38 | 21.98 | 209.07 | 45.33 |
| Other Supplies | 62378.39 | 16321.95 | 20387.4 | 25669.04 |
| Payroll Expenses | 947355.6 | 410462.7 | 271827.3 | 265065.6 |
| Payroll Tax | 92884.09 | 42565.37 | 25963.38 | 24355.34 |
| Pest Control | 544 | | 315 | 229 |
| Postal Expense | 53.8 | | 53.8 | |
| Rent Expense | 160207.9 | 48067.8 | 46022.37 | 66117.71 |
| Repairs and Maintenance | 6222.19 | | | 6222.19 |
| Dishwasher | 8541.82 | 2644.28 | 5897.54 | |
| Repairs and Maintena | 3017.63 | 3017.63 | | |
| Total Repairs and Maintenance | 17781.64 | 5661.91 | 5897.54 | 6222.19 |
| Sales Tax | 165505 | 59505 | 53000 | 53000 |
| Software | 9614.65 | 3678.29 | 2795.91 | 3140.45 |
| Storage | 20545.92 | 5136.48 | 10272.96 | 5136.48 |
| Subscriptions | 369.81 | 101.95 | 132.93 | 134.93 |
| Tax & Licenses | 2861.49 | | 2861.49 | |
| Telephone Expense | 1105.36 | 232.47 | 414.94 | 457.95 |
| Tips to payback to employees | 19351.56 | 4759.51 | 4911.75 | 9680.3 |
| Travel Expenses | 6749.33 | | 6073.72 | 675.61 |
| Uniforms | 115 | | 75 | 40 |
| Utilities | 52505.36 | 18523.94 | 16694.4 | 17287.02 |
| Total Expense | 1797967 | 693116.7 | 531681.4 | 573592.4 |
| Net Ordinary Income | 173906.9 | -10402.7 | 44246.04 | 139639.6 |
| **Net Income** | 173906.9 | -10402.7 | 44246.04 | 139639.6 |

|  |  |  | 25-Mar |
|---|---|---|---|
| Ordinary Income/Expense |  |  |  |
| Income |  |  |  |
| Employees Tips |  |  | 86757.75 |
| Gross Sales |  |  |  |
| Online Delivery Sales |  |  |  |
| DoorDash |  |  | 71780.98 |
| GrubHub |  |  | 16939.06 |
| UberEats |  |  | 21947.09 |
| Total Online Delivery |  |  | 110667.1 |
| Sales at Store |  |  |  |
| Food Sale |  |  | 656637.2 |
| Sales Tax |  |  | 51202.85 |
| Service Ch |  |  | 4044.71 |
| Total Sales at Store |  |  | 711884.8 |
| Total Gross Sales |  |  | 822551.9 |
| Total Income |  |  | 909309.7 |
| Cost of Goods Sold |  |  |  |
| Food Purchases |  |  | 180010.1 |
| Restaurant Supplies |  |  | 16067.59 |
| Total COGS |  |  | 196077.7 |
| Gross Profit |  |  | 713232 |
| Expense |  |  |  |
| Advertising and Promotion |  |  | 4876.33 |
| Bank Service Charges |  |  | 136.59 |
| Car & Truck Expenses |  |  |  |
| Car Payment |  |  | 1921.69 |
| Car & Truck Expense |  |  | 278.17 |
| Total Car & Truck Expenses |  |  | 2199.86 |
| Cellular |  |  | 65 |
| Commission Fees |  |  |  |
| DoorDash |  |  | 20823.03 |
| GRUBHUB |  |  | 4336.83 |
| Uber Eats |  |  | 5531.07 |
| Total Commission Fees |  |  | 30690.93 |
| Credit Card Machine |  |  | 23467.73 |
| Insurance Expense |  |  |  |
| Worker Comp |  |  | 6773.34 |
| Insurance Expense - |  |  | 736.23 |
| Total Insurance Expense |  |  | 7509.57 |
| Internet |  |  | 562.72 |
| Legal & Professional Fees |  |  | 25888.7 |
| Meals & Entertainment |  |  | 938.05 |
| Office Supplies |  |  | 45.33 |
| Other Supplies |  |  | 25669.04 |
| Payroll Expenses |  |  | 265065.6 |
| Payroll Tax |  |  | 24355.34 |
| Pest Control |  |  | 229 |
| Rent Expense |  |  | 66117.71 |
| Repairs and Maintenance |  |  | 6222.19 |
| Sales Tax |  |  | 53000 |
| Software |  |  | 3140.45 |
| Storage |  |  | 5136.48 |
| Subscriptions |  |  | 134.93 |
| Telephone Expense |  |  | 457.95 |
| Tips to payback to employees |  |  | 9680.3 |
| Travel Expenses |  |  | 675.61 |
| Uniforms |  |  | 40 |
| Utilities |  |  | 17287.02 |
| Total Expense |  |  | 573592.4 |
| Net Ordinary Income |  |  | 139639.6 |
| Net Income |  |  | 139639.6 |

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **SD Backyard, LLC** |
| United States Bankruptcy Court for the: | **SOUTHERN DISTRICT OF CALIFORNIA** |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Flama Llama 8125 Ronson Road Suite B San Diego, CA 92111** | | **Loan** | | | | **$70,000.00** |
| **GrubMarket, Inc dba VIP Wholes 4652 University Ave. San Diego, CA 92105** | | **Pending Lawsuit - Food Inventory** | **Contingent Unliquidated Disputed** | | | **$105,046.92** |
| **Kai Okamura 5737 Mott Street San Diego, CA 92122** | | **Pending Lawsuit - Wrongful Termination Claim** | **Contingent Unliquidated Disputed** | | | **$220,000.00** |
| **Queenie Ting 5025 Collwood Boulevard San Diego, CA 92115** | | **Pending Lawsuit - PAGA** | **Contingent Unliquidated Disputed** | | | **UNKNOWN** |
| **Unknown Unknown** | | **Yun Tea House Gift Card Liability** | | | | **$560.44** |
| **VIP Wholesales LLC 4935 Mercury Street Suite J San Diego, CA 92111** | | **Food Inventory** | | | | **$60,000.00** |

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Southern District of California

In re **SD Backyard, LLC** _____     Case No. _____

_____     Chapter   **11**   _____
Debtor(s)

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that
    compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
    be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept ........................................   $ _____ **65,000.00**

    Prior to the filing of this statement I have received ........................   $ _____ **65,000.00**

    Balance Due ...............................................................................   $ _____ **0.00**

2.  $ __**1,717**__ of the filing fee has been paid.

3.  The source of the compensation paid to me was:

    [✓] Debtor          [ ] Other (specify):

4.  The source of compensation to be paid to me is:

    [✓] Debtor          [ ] Other (specify):

5.  [✓] I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    [ ] I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A
        copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    Being co-counsel with the law firm of Robberson/Schroedter, LLP in the filing and prosecution of the
    anticipated filing of bankruptcy for Client. These services include assisting Robberson/Schroedter with
    the preparation and review of all pleadings in the bankruptcy case; attending all court hearings and
    meetings; participating in the creation of the chapter 11 disclosure statement and plan of reorganization;
    and supporting Robberson/Schroedter in whatever they require.

7.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in
this bankruptcy proceeding.

June 30, 2025 _____          _Gary Rudolph_ (signature)
_Date_                                               **Gary B. Rudolph**
                                                     _Signature of Attorney_
                                                     **Fennemore LLP**

                                                     **619.233.4100**
                                                     **grudolph@fennemorelaw.com** _____
                                                     _Name of law firm_

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court

## Southern District Of California

**In re**

Case No. _____

**Debtor**

Chapter _____11, Subchapter V_____

### DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ 34,096

    Prior to the filing of this statement I have received . . . . . . . . . . . . . . . . . . . . . . . $ 34,096

    Balance Due . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ 0.00

2. The source of the compensation paid to me was:

    [X] Debtor        [ ] Other (specify)

3. The source of compensation to be paid to me is:

    [X] Debtor        [ ] Other (specify)

4. [X] I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    [ ] I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a. Analysis of the debtor' s financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

    b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

    c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

    d. Representation of the debtor in adversary proceedings and other contested bankruptcy matters;

B2030 (Form 2030) (12/15)

    e.   Being co-counsel with the law firm of Fennemore LLP in the filing and prosecution of the anticipated bankruptcy for Debtor.

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following services:

---

### CERTIFICATION

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

    6/27/2025             -        */s/ Lane Hilton*
*Date*                               *Signature of Attorney*

                                   Robberson Schroedter LLP

                                   *Name of law firm*

# United States Bankruptcy Court
## Southern District of California

In re    **SD Backyard, LLC** _____    Case No. _____

                                        Debtor(s)    Chapter    **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|

**-NONE-**

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President and CEO** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date _____06/30/25_____    Signature _____

                                                    **Shin Hsiao Chou**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

CSD 1008 [08/21/00]

Name, Address, Telephone No. & I.D. No.

**Gary B. Rudolph**
**Fennemore LLP**
**600 B Street Suite 1700**
**San Diego, CA 92101**
**619.233.4100**
**101921 CA**

### UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

In Re

**SD Backyard, LLC**

BANKRUPTCY NO.

Debtor.

### VERIFICATION OF CREDITOR MATRIX

<u>PART I</u> (check and complete one):

■ New petition filed. Creditor <u>diskette</u> required.        TOTAL NO. OF CREDITORS: **19**

☐ Conversion filed on _____. *See instructions on reverse side.*
    ☐ Former Chapter 13 converting. Creditor <u>diskette</u> required.        TOTAL NO. OF CREDITORS:____
    ☐ Post-petition creditors added. <u>Scannable</u> matrix required.
    ☐ There are no post-petition creditors. No matrix required.

☐ Amendment or Balance of Schedules filed concurrently with this original <u>scannable</u> matrix affecting Schedule of Debts and/or Schedule of Equity Security Holders. *See instructions on reverse side.*
    ☐ Names and addresses are being ADDED.
    ☐ Names and addresses are being DELETED.
    ☐ Names and addresses are being CORRECTED.

<u>PART II</u> (check one):

■ The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

☐ The above-named Debtor(s) hereby verifies that there are no post-petition creditors affected by the filing of the conversion of this case and that the filing of a matrix is not required.

Date:    06/30/25

**Shih Hsiao Chou/President and CEO**
Signer/Title

### REFER TO INSTRUCTIONS ON REVERSE SIDE

CSD 1008

`CSD 1008 (Page 2)` [08/21/00]

## INSTRUCTIONS

1)      Full compliance with <u>Special Requirements for Mailing Addresses</u> (CSD 1007) is required.

2)      A creditors matrix with <u>Verification</u> is required whenever the following occurs:

      a)      A new petition is filed.  Diskette required.

      b)      A case is converted on or after SEPTEMBER 1, 2000. (See paragraph 4b concerning post-petition creditors.)

      c)      An amendment to a case on or after SEPTEMBER 1, 2000, which adds, deletes or changes creditor address information on the debtor's Schedule of Debts and/or Schedule of Equity Security Holders.  Scannable matrix format required.

3)      The scannable matrix must be <u>originally</u> typed or printed. It may not be a copy.

4)      CONVERSIONS:

      a)      When converting a Chapter 13 case filed before SEPTEMBER 1, 2000, to another chapter, <u>ALL</u> creditors must be listed on the mailing matrix at the time of filing and accompanied by a <u>Verification</u>.  Diskette required.

      b)      For Chapter 7, 11, or 12 cases converted on or after SEPTEMBER 1, 2000, <u>only post-petition creditors need be listed on the mailing matrix</u>. The matrix and <u>Verification</u> must be filed with the post-petition schedule of debts and/or schedule of equity security holders. If there are no post-petition creditors, only the verification form is required.  Scannable matrix format required.

5)      AMENDMENTS AND BALANCE OF SCHEDULES:

      a)      <u>Scannable matrix format required.</u>

      b)      The matrix with <u>Verification</u> is a document separate from the amended schedules and may not be used to substitute for any portion of the schedules. IT MUST BE SUBMITTED WITH THE AMENDMENT/BALANCE OF SCHEDULES.

      c)      Prepare a separate page for each type of change required: ADDED, DELETED, or CORRECTED. On the **REVERSE** side of each matrix page, indicate which category that particular page belongs in. Creditors falling in the same category should be placed on the same page in alphabetical order.

6)      Please refer to CSD 1007 for additional information on how to avoid matrix-related problems.

`CSD 1008`

American Express
200 Vesey Street
New York, NY 10280


B10 Mountain A SD LP
PO Box 845405
Dallas, TX 75284


Bank of America
9290 Mira Mesa Blvd.
San Diego, CA 92126


Campagne & Campagne, APC
Justin T. Campagne
1685 North Helm Ave.
Fresno, CA 93727


CEGA
3709 Convoy Street
San Diego, CA 92111


Flama Llama
8125 Ronson Road
Suite B
San Diego, CA 92111


Frankin Chou
11238 Featherhill Lane
San Diego, CA 92126


GrubMarket, Inc dba VIP Wholes
4652 University Ave.
San Diego, CA 92105


Kai Okamura
5737 Mott Street
San Diego, CA 92122

Katherine D. Krebs, Esq.
Gruenberg Law
2155 First Avenue
San Diego, CA 92101


Mal Sun Hwang & Sam Chul Kwon
PO Box 1372
Bonita, CA 91908


Midway Towne Center LLC
Floyd. C. Bernard Jr., Manager
PO Box 7218
San Diego, CA 92167


New Landmark Plaza, LLC
c/o Debbie Wong
4619 Convoy Street
San Diego, CA 92111


Queenie Ting
5025 Collwood Boulevard
San Diego, CA 92115


Reca Holdings 89 LLC
815 J Street
San Diego, CA 92101


Shih Hsiao Frankin Chou
11238 Featherhill Lane
San Diego, CA 92126


TRJ Ronson Properties
8125 Ronson Properties
Suite C
San Diego, CA 92111

```
VIP Wholesales LLC
4935 Mercury Street
Suite J
San Diego, CA 92111


Webb Law Group, APC
L. Webb /C. Nichols
10509 Vista Sorrento Pky #450
San Diego, CA 92121
```

**United States Bankruptcy Court**
**Southern District of California**

In re   **SD Backyard, LLC**

Case No. _____

Debtor(s)

Chapter   **11**

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, Shih Hsiao Chou, declare under penalty of perjury that I am the **President** of **SD Backyard, LLC**, and that thefollowing is a true and correct copy of the resolutions adopted by the Board of Directors of said corporation at aspecial meeting duly called and held on the    day of    , 20   .

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that **Shih Hsiao Chou, President** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Shih Hsiao Chou, President** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Shih Hsiao Chou, President** of this Corporation is authorized and directed to employ **Gary B. Rudolph,** attorney and the law firm of **Fennemore LLP as well as Lane Hilton, attorney and the law firm of Robberson Schroedter LLP** to represent the corporation in such bankruptcy case."

Date    06/30/25

Signed _____
**Shih Hsiao Chou**

Resolution of Board of Directors
of
**SD Backyard, LLC**

Whereas, it is in the best interest of this corporation to file a voluntary petition in the the United States Bankruptcy Court pursuant to Chapter **11** of Title 11 of the United States Code;

Be It Therefore Resolved, that **Shih Hsiao Chou, President** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Shih Hsiao Chou, President** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Shih Hsiao Chou, President** of this Corporation is authorized and directed to employ **Gary B. Rudolph**, attorney and the law firm of **Fennemore LLP as well as Lane Hilton, attorney and the law firm of Robberson Schroedter LLP** to represent the corporation in such bankruptcy case.

Date _____06/30/25_____     Signed _____

Date _____     Signed _____